SITTINGS AFTER MAY TERM, 1808.

CORAM VAM NESS, J.

FREELAND *against* HOWELL.

Where a party neglects to subpœna a witness, and relies upon his promise to attend, the court will not put off the cause in case of his non-attendance.

WELLS, on an affidavit of the absence of a material witness, moved the court to set this cause down for a late day in the sittings.

*P. W. Radcliff* opposed the motion, on the ground that the witness had been in the city since the commencement of the action, and his testimony might, therefore, have been taken *de bene esse.*

The court put off the trial until the day required, on the following terms: that the defendant should pay, in the *interim*, the expenses of the plaintiff's witnesses, and consent to his examining, *de bene esse*, such as were resident in foreign countries.

On the day assigned for the trial, the defendant again applied to put off the cause, stating that the witness had not been subpœnaed, but had promised to attend.

VAN NESS, J.   Whenever a party relies upon the mere

promise of a witness, if he does not appear when the cause is called in its order on the calendar, the party is guilty of *laches*, and the cause shall proceed, notwithstanding.

---

### ANONYMOUS.

Notice to produce papers.

WHERE a paper is in court in the possession of either party, if such party refuses to produce it when called for, it is sufficient for the opposite attorney to give notice *at the trial*, to produce the same; and, if such party still refuses to produce it, he may then give parol evidence of its contents.